UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES CARNICELLI JR., : | |
| : | |
| Plaintiff, : | Case No. 3:22-CV-1078 |
| : | |
| vs. : | |
| : | |
| JOHN J. FARERI, JULIENNE FARERI ZIELINSKI, : | |
| and CHRISTOPHER SHESKIER, : | August 30, 2022 |
| : | |
| Defendants : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, James Carnicelli, Jr., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action against Defendants John J. Fareri, Julienne Fareri Zielinski, and Christopher Sheskier, without prejudice.

Dated: August 30, 2022

                                         **PLAINTIFF**
                                         **James Carnicelli, Jr.**

                                         By: */s/ Joseph M. Pastore III*
                                         Joseph M. Pastore III
                                         Melissa Rose McClammy
                                         Pastore LLC
                                         4 High Ridge Park, Third Floor
                                         Stamford, CT 06905
                                         203-658-8454 (Tel.)
                                         203-717-5550 (Fax)
                                         jpastore@pastore.net